# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| NICOLE C. CRUZ, | ) | CASE NO. 14-18833-JKF |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, ASSIGNEE OF | ) | |
| ALLY BANK ("PRA"), BY AND | ) | |
| THROUGH ITS SERVICING AGENT, | ) | |
| PRA RECEIVABLES | ) | **LOCATION**: |
| MANAGEMENT, LLC | ) | U.S. Bankruptcy Court |
| Movant | ) | Eastern District of Pennsylvania |
| vs. | ) | Courtroom # 3 |
| | ) | 900 Market Street |
| NICOLE C. CRUZ, | ) | Philadelphia, PA 19107 |
| Respondent | ) | |
| and | ) | |
| SCOTT F. WATERMAN, | ) | |
| Trustee | ) | |
| | ) | |

## ORDER GRANTING PRA RELIEF FROM THE AUTOMATIC STAY

On this  20th  day of  December , 20_19_, after notice and hearing it is hereby

ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Portfolio Recovery Associates, LLC, assignee of Ally Bank, ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, with respect to the motor vehicles identified as a 2013 Nissan Rogue, VIN: JN8AS5MT7DW020544 (the "Vehicle"); is hereby terminated effective the date of this Order.

FURTHER RESOLVED, that PRA may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial

Code and other applicable laws. with respect to su

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Please send copies to:

Nicole C. Cruz
4311 North Fairhill Street
Philadelphia, PA 19140
Debtor

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107