```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 14-18833-jkf
Nicole C. Cruz                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia               Page 1 of 1                  Date Rcvd: Dec 23, 2019
                              Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Nicole C. Cruz,    4311 North Fairhill Street,    Philadelphia, PA 19140-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Nicole C. Cruz info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| NICOLE C. CRUZ, | ) | CASE NO. 14-18833-JKF |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ASSIGNEE OF ALLY BANK ("PRA"), BY AND THROUGH ITS SERVICING AGENT, PRA RECEIVABLES MANAGEMENT, LLC | ) | **LOCATION**: U.S. Bankruptcy Court Eastern District of Pennsylvania Courtroom # 3 900 Market Street Philadelphia, PA 19107 |
| Movant | ) | |
| vs. | ) | |
| NICOLE C. CRUZ, | ) | |
| Respondent | ) | |
| and | ) | |
| SCOTT F. WATERMAN, | ) | |
| Trustee | ) | |

**ORDER GRANTING PRA RELIEF FROM THE AUTOMATIC STAY**

On this  20th   day of   December         , 20 19 , after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Portfolio Recovery Associates, LLC, assignee of Ally Bank, ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, with respect to the motor vehicles identified as a 2013 Nissan Rogue, VIN: JN8AS5MT7DW020544 (the "Vehicle"); is hereby terminated effective the date of this Order.

FURTHER RESOLVED, that PRA may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial

Code and other applicable laws with respect to su

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Please send copies to:

Nicole C. Cruz
4311 North Fairhill Street
Philadelphia, PA 19140
Debtor

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107