Certificate Number: 15317-PAE-DE-033873559

Bankruptcy Case Number: 14-18833



15317-PAE-DE-033873559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2019</u>, at <u>9:48</u> o'clock <u>AM PST</u>, <u>Nicole Cruz</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>December 27, 2019</u>    By:    <u>/s/Jezlygh Dela Cruz</u>

Name:  <u>Jezlygh Dela Cruz</u>

Title:  <u>Credit Counselor</u>