United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18833-amc
Nicole C. Cruz                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Jul 10, 2020
                            Form ID: 138NEW          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
```
db          +Nicole C. Cruz,    4311 North Fairhill Street,    Philadelphia, PA 19140-2305
13455515    #CitiMortgage, Inc,    P.O. Box 688971,   Des Moines, IA 50368-8971
13417843    +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13417844    +Drivehere,    1001 W Ridge Pike,   Conshohocken, PA 19428-1015
13708643    +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
13417846    +PGW,    800 W. Montgomery Ave,   Philadelphia, PA 19122-2806
13417850    +Xerox Soluti,    Pob 41819,   Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:22      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2020 04:20:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2020 04:21:09       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 04:19:41      Ally Financial,
               PO Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 04:26:42
               PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13431522       E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 04:19:41
               Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13417840      +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 04:19:41      Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
13453955       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2020 04:27:13
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
13467714       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2020 04:26:45
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13417841       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 04:26:41       Cap One,
               Po Box 85015,    Richmond, VA 23285
13417842       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 04:27:08       Cap One,
               Po Box 85520,    Richmond, VA 23285
13495815       E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:22      City of Philadelphia,
               Law Department  Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13485324       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 04:27:10
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13417845       E-mail/Text: bankruptcygroup@peco-energy.com Jul 11 2020 04:20:02       Peco,
               2301 Market Street,    PO Box 13778,   Philadelphia, PA 19101-3778
13417847      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 11 2020 04:19:40
               Verizon Wireless,    1 Verizon Pl,   Alpharetta, GA 30004-8510
13417848      +E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:22      Water Revenue Bureau,
               1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13417849      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 11 2020 04:21:40      Webbank/Fingerhut,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
13908612*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Jul 10, 2020
                              Form ID: 138NEW          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
          GEORGETTE    MILLER     on behalf of Debtor Nicole C. Cruz mlee@margolisedelstein.com,
           georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
           fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Portfolio Recovery Associates, LLC
           jschwartz@mesterschwartz.com
          JOSHUA I. GOLDMAN    on behalf of Creditor   MidFirst Bank Josh.Goldman@padgettlawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          REGINA    COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nicole C. Cruz
      Debtor(s)                      Bankruptcy No: 14−18833−amc
                                           Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                    Timothy B. McGrath
                                                      Clerk of Court

Dated: 7/10/20

                                                                                   70 − 69
                                                                    Form 138_new